DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DWIGHT L. TOOMBS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-602

[May 17, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County.; Steven J. Levin, Judge; L.T. Case No. 562007CF005781A.

Dwight L. Toombs, Avon Park, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***